OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00185-CR
PD-1325-14

1/14/2015
BARRETT, NOBLE LEE JR.    Tr. Ct. No. 30867
On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK